UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LINDSAY A. M., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01981-MPB-MG |
| | ) | |
| MARTIN O'MALLEY Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

In October of 2022, Plaintiff Lindsay M. timely filed this action with the Court to review the denial of Supplemental Security Income and Disability Insurance Benefits. The Court referred the matter to Magistrate Judge Mario Garcia on August 31, 2023, pursuant to 28 U.S.C. § 636.  (Docket No. 21).

Judge Garcia issued a detailed and thorough Report and Recommendation recommending that this Court reverse and remand the Commissioner's Decision. (Docket No. 22). Federal Rule of Civil Procedure 72(b)(2) gives parties 14 days to object to the R&R.  No party has done so within that time. Consequently, the court reviews the R&R for clear error.  *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the record, the court finds that the Magistrate Judge did not commit clear error. Therefore, the court **ADOPTS** the Magistrate Judge's Report and

Recommendation (Filing No. 22). The Commissioner's decision is **REVERSED** and

**REMANDED**. Judgment consistent with this Entry shall issue by separate order.

IT IS SO ORDERED.

Dated:  February 22, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.